ORDERED.

Dated: January 17, 2019

Catherine Peek McEwen
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
**www.flmb.uscourts.gov**

| | |
|---|---|
| In re: | Case No. 8-18-bk-10180-CPM |
| | Chapter 13 |
| Bonnie Griesheimer | |
| Debtor. | |
| _____/ | |

**ORDER RESERVING RULING ON TRUSTEE'S MOTION**
**TO DISMISS FOR FAILURE TO ATTEND §341 MEETING OF**
**CREDITORS AND RESCHEDULING §341 MEETING OF CREDITORS**

THIS CASE came on for consideration, for the entry of an appropriate Order in the above styled Chapter 13 case, upon the Trustee's Motion To Dismiss For Failure to file a Plan and Failure to Attend §341 Meeting of Creditors and failure to provide at least seven **(7) days prior** to the §341 Meeting of Creditors the Chapter 13 Trustee with copies of tax returns for the two years preceding the petition date and copies of all pay stubs, advices, or documentation of income sources (Payment Advices) for the six month period before they filed (Doc. No. 14). Accordingly, it is

**ORDERED:**

1.      The Court Orders the Debtor to attend a rescheduled §341 Meeting of Creditors and failure to attend shall constitute a willful failure of the Debtor to abide by an Order of this Court.

2.      The Court will reserve ruling on the Trustee's Motion To Dismiss, however, in the event the Debtor appears at the rescheduled §341 Meeting of Creditors, as herein provided, the Trustee's Motion shall be denied, by separate order.

3.      The Debtor's §341 Meeting of Creditors shall be rescheduled to February 05, 2019 at 2:00 p.m., at Timberlake Annex, 501 East Polk Street, Suite 100-B, Tampa, Florida, 33602.

4.      In the event the Debtor fails to attend the rescheduled §341 Meeting of Creditors and fails to file a Plan and fails to provide at least seven **(7) days prior** to the §341 Meeting of Creditors the Chapter 13 Trustee with copies of tax returns for the two years preceding the petition date and copies of all pay stubs, advices, or documentation of income sources (Payment Advices) for the six month period before they filed, the Trustee would submit to the Court an Order dismissing the above styled Chapter 13 case.

Trustee, Jon M. Waage, is directed to serve a copy of this order on interested parties who are non-CM/ECF users and file a proof of service within 3 days of entry of the order.

JMW/SKO/phl                                                                             C13T 01/17/19