

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

01/22/2019 01:30 PM

COURTROOM   8B

HONORABLE CATHERINE MCEWEN

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| **8:18-bk-10180-CPM** | 13 | **11/28/2018** |

Chapter 13

**DEBTOR:**    Bonnie Griesheimer

**DEBTOR ATTY:**    NA

**TRUSTEE:**    Jon Waage

**HEARING:**

ORDER TO SHOW CAUSE TO DEBTOR TO CONSIDER DISMISSAL OR CONVERSION OF CASE (doc 12)
Notes:
In instant case, Debtor has not cured deficiencies and owed $210 in filing fee.   Debtor also failed to attend meeting of creditors
Case No. 18-4224, Ch.13,   Dismissed 06/12/2018 for Failure to File Information; $210 of filing fee due
Case No. 18-07025, Ch.13, Dismissed 09/11/2018 for Failure to File Information; $210 of filing fee due
.

**APPEARANCES:**:
NO AAPPEARANCES:..

**RULING:**
ORDER TO SHOW CAUSE TO DEBTOR TO CONSIDER DISMISSAL OR CONVERSION OF CASE (doc 12).. CASE DISMISSED WITH PREJUDICE FOR 2 YEARS; NO STAY AS TO THIS PROPERTY; STATE COURT CLERKS AND JUDGES MAY DISREGARD...CHAMBERS ORDER...

.
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Orders not submitted by the time of closing will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.